**FILED**

**FEB - 4 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Seidy Maria Tiburcio,                    )
                                         )
              Plaintiff,                 )
                                         )        Case: 1:15-cv-00179
       v.                                )        Assigned To : Unassigned
                                         )        Assign. Date : 2/4/2015
Capital of United States, *et al.*,      )        Description: Pro Se Gen. Civil
                                         )
              Defendants.                )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).



Plaintiff has submitted a complaint and assorted attachments, which, like her previously dismissed complaint, "utterly fails to set forth a short and plain statement of the claims, as it is largely incomprehensible." *Tiburcio v. Capital of the United States*, No. 14-2088 (RMC) (D.D.C. Dec. 15, 2014).  Hence, this case will be dismissed.

United States District Judge

Date: January 30th, 2015